UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

DEBORAH A. SCHMIDT,

        Plaintiff,

v.

MARS, INC.,

        Defendant.

Civil Action No.: 09-3008 (PGS)

**SCHEDULING ORDER**

Pursuant to an in-person status conference held with the parties on April 29, 2011;

IT IS on this 29th day of April 2011 **ORDERED** as follows:

1. Plaintiff's appeal of Magistrate Judge Esther Salas's Order, denying Plaintiff's Informal Motion to Compel (ECF No. 40) shall be filed by May 6, 2011. Defendant's opposition shall be filed by May 13, 2011.

2. Defendant's summary judgment motion shall be filed by May 27, 2011. Plaintiff's opposition shall be filed by June 6, 2011. Defendant's reply shall be filed by June 13, 2011. The Court will hold oral argument on said motion on July 19, 2011, at 11:00 a.m.

3. The Court will conduct a pretrial conference with the parties on September 15, 2011.

4. Trial in this matter shall commence on September 19, 2011.

_____
PETER G. SHERIDAN, U.S.D.J.

April 29, 2011