UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| DEBORA A. SCHMIDT, | : | Civil Action No. 09-3008 (PGS) |
| Plaintiff, | : : | |
| v. | : | VERDICT SHEET |
| MARS, INC. | : : : | |
| Defendant. | : : | |

1.   Do you find by a preponderance of the evidence that Mars, Inc. retaliated against Ms. Schmidt in violation of the New Jersey Law Against Discrimination?

Answer:   _____ Yes   ___X___ No

2.   Do you find by a preponderance of the evidence that Mars, Inc. discriminated against Ms. Schmidt due to her gender?

Answer:   _____ Yes   ___X___ No

**[If you answered "Yes" to Questions 1 or 2, then proceed to Question 3.]**

3.   Please indicate below the damages, if any, that should be awarded to Ms. Schmidt as a consequence of Mars, Inc.'s discrimination and/or retaliation of Ms. Schmidt.

| | |
|---|---|
| Compensatory Damages | $_____ |
| Back Pay | $_____ |
| Front Pay | $_____ |
| Total: | $_____ |

[Please note, the Court will add all three lines to determine the amount awarded.]

**When your work is complete, please sign this Verdict Sheet below and notify the marshal.**

5·14·12

_____
Foreperson